UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:21-CV-00002-D

| | |
|---|---|
| JUAN FLORES GONZALES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Plaintiff's request for judicial review of the Commissioner's decision that he is not disabled. The Commissioner filed a Motion for Remand requesting that this Court remand this case under sentence six of 42 U.S.C. § 405(g), because the recording of the hearing held on May 28, 2020, experienced technical issues and unintentionally captured sounds that were not audible to every participant in the hearing. Good cause having been shown, the Court hereby remands this case to the Commissioner under sentence six of 42 U.S.C. § 405(g), for further administrative proceedings. Because this case is being remanded under sentence six of 42 U.S.C. § 405(g), this Court shall retain

jurisdiction of this case while it is pending before the Commissioner. *See*

*Melkonyan v. Sullivan,* 501 U.S. 89, 98 (1991).

SO ORDERED this __6__ day of August, 2021.

                                        JAMES C. DEVER III
                                        UNITED STATES DISTRICT JUDGE