UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| JUAN MANUEL FLORES GONZALEZ, )<br>)<br>         Plaintiff, )<br>)<br>vs. )<br>)<br>LELAND C. DUDEK, )<br> Acting Commissioner of Social Security, )<br>)<br>         Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 2:21-CV-2-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that final judgment is entered in this case in favor of plaintiff in accordance with the October 6, 2022 decision of the Administrative Law Judge.

This Judgment filed and entered on April 16, 2025, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

April 16, 2025

                                      Peter A. Moore, Jr.
                                      Clerk of Court

                            By: /s/ Stephanie Mann
                                      Deputy Clerk